IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> $10,000.00 IN UNITED STATES : <br> FUNDS, *et al.*, : <br>     Defendant Property, : <br> : <br> CLARENCE ALLEN EDMONDSON, : <br>     Claimant. : <br> : | CASE NO. 7:14-CV-27 (HL) |

## ORDER ON PLAINTIFF'S MOTION TO STAY PROCEEDINGS

This matter having come before the Court on the Plaintiff's Motion to Stay these proceedings, and the Court having reviewed the pleadings, the Court finds good cause to stay these proceedings until June 15, 2014.

THEREFORE, IT IS HEREBY ORDERED that the above-styled case be stayed until June 15, 2014.

This 15th day of April, 2014.

                                                  s/Hugh Lawson
                                                  HUGH LAWSON, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT
                                                  MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.   052683