IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**$10,000.00 IN UNITED STATES FUNDS, et al.,**

    Defendant Property,

**CLARENCE ALLEN EDMONDSON**,

    Claimant.

Civil Action No. 7:14-CV-27 (HL)

### ORDER

The United States of America having provided a status report (Doc. 11) indicating it no longer requests a stay of this case given that no decision has been made about whether to indict Edmondson, the stay of proceedings in this case is lifted. The parties are instructed to move forward with this case.

**SO ORDERED**, this the 12th day of June, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr